AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. <br><br> *Defendant(s)* | Civil Action No. 1:16-CV-20712-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Klein
15334 Niagara Parkway
Niagara-on-the-Lake, ON  L0S 1J0
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

Date:  03/02/2016

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| PINNACLE MINERALS CORPORATION | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ashley C. Nikkel
14218 Alder Creek Rd.
Truckee, CA 96161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 03/02/2016

Steven M. Larimore
Clerk of Court

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| PINNACLE MINERALS CORPORATION | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BlackRock Metals Inc. a/k/a Metaux BlackRock Inc.
1080 Cote du Beaver Hall, Bureau 1606
Montreal, QC H2Z 1S8
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  03/02/2016

Steven M. Larimore
Clerk of Court

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. <br><br> *Defendant(s)* | Civil Action No. 1:16-CV-20712-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David A. Caldwell
165 W. Oak Street
Elko, NV  89801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  03/02/2016

Steven M. Larimore
Clerk of Court

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dennis Gauger
2598 N. Turnberry Ln.
Lehi, UT  84043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:   03/02/2016

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PINNACLE MINERAL CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:16-CV-20712-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Donald B. Gunn
5458 Idalia Way
Centennial, CO  80015


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: 03/02/2016

**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION<br><br>*Plaintiff(s)*<br>v.<br>GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al.<br>*Defendant(s)* | Civil Action No. 1:16-CV-20712-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Golden Phoenix Minerals, Inc.
RA:  Nevada Agency and Transfer Company
50 West Liberty Street, Suite 880
Reno, NV  89501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:  03/02/2016

**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION<br><br>*Plaintiff(s)*<br>v.<br>GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al.<br>*Defendant(s)* | Civil Action No. 1:16-CV-20712-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HJ & ASSOCIATES LLC
Registered Agent:  Robert M. Jensen
50 W. Broadway, Suite 600
Salt Lake City, UT  84101-2039

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:   03/02/2016

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

PINNACLE MINERALS CORPORATION )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:16-CV-20712-KMM
)
GOLDEN PHOENIX MINERALS, INC.; DAVID A. )
CALDWELL; JOHN SPRECHER; THOMAS KLEIN; )
DONALD GUNN; SARAH HAM; MICHAEL )
MORRISON; DENNIS GAUGER; et al. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jonathan Sprecher
551 NW Trenton Ave.
Bend, OR  97703-1125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

Date:   03/02/2016

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| PINNACLE MINERALS CORPORATION | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lari J. Marlow
1490 Doric Dr.
Reno, NV 89503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

Date: 03/02/2016

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PINNACLE MINERALS CORPORATION | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael J. Morrison
6354 Green Ranch Cir.
Reno, NV  89519


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

Date:    03/02/2016

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| PINNACLE MINERALS CORPORATION | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PARSONS BEHLE & LATIMER
Registered Agent: Rew R. Goodenow
50 W. Liberty Street, Suite 750
Reno, NV 89501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  03/02/2016

Steven M. Larimore
Clerk of Court

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| PINNACLE MINERALS CORPORATION | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Phoenix Development Group LLC
Registered Agent: Marcus A. Roeder
5210 Saphire Dr.
Colorado Springs, CO  80918


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  03/02/2016

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PINNACLE MINERALS CORPORATION | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rew R. Goodenow
10070 Raintree Ct.
Reno, NV  89511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: 03/02/2016

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PINNACLE MINERALS CORPORATION | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No. 1:16-CV-20712-KMM |
| GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Robert M. Jensen
1754 E. Stratford Ave.
Salt Lake City, UT  84106


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  03/02/2016

Steven M. Larimore
Clerk of Court

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. <br> *Defendant(s)* | Civil Action No. 1:16-CV-20712-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roberto Salaverria
2931 Azelia Ct. #1
Union City, CA 94587

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 03/02/2016

Steven M. Larimore
Clerk of Court

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION<br><br>*Plaintiff(s)*<br>v.<br>GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al.<br>*Defendant(s)* | Civil Action No. 1:16-CV-20712-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sala-Valc S.A.C.
Avenida Javier Prado Oeste 865, Suite 201
Lima, San Isidro, Peru

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:   03/02/2016

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PINNACLE MINERALS CORPORATION </br></br> *Plaintiff(s)* </br> v. </br> GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. </br> *Defendant(s)* | Civil Action No. 1:16-CV-20712-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Salwell International LLC
Registered Agent: David A. Caldwell
165 W. Oak St.
Elko, NV  89801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  03/02/2016

Steven M. Larimore
Clerk of Court



**SUMMONS**

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PINNACLE MINERALS CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> GOLDEN PHOENIX MINERALS, INC.; DAVID A. CALDWELL; JOHN SPRECHER; THOMAS KLEIN; DONALD GUNN; SARAH HAM; MICHAEL MORRISON; DENNIS GAUGER; et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:16-CV-20712-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sarah L. Ham
11746 Lakeshore N.
Auburn, CA  95602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Weber, Esq.
Xander Law Group, P.A.
1 N.E. 2nd Avenue, Suite 200
Miami, FL  33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:      03/02/2016

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts